PMC/cm USAO 2022R00672

TMS 1.25.23

FILED ___ ENTERED
LOGGED ___ RECEIVED

JAN 2 5 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. JMC 23-cr-24 |
| v. | * |
| | * (Assault, 18 U.S.C. § 113(a)(5)) |
| JENNIFER ANN PETERS, | * |
| Defendant. | * |

*******

### INFORMATION

The United States Attorney for the District of Maryland charges that:

On or about September 10, 2022, on an aircraft in the special territorial jurisdiction of the United States, namely Southwest Airlines Flight 1815 from Aruba to Baltimore/Thurgood Marshall International Airport, the defendant,

**JENNIFER ANN PETERS,**

assaulted another person, specifically Southwest Airlines Flight Attendant A.P., by kicking A.P. in the stomach area.

18 U.S.C. § 113(a)(5)
18 U.S.C. § 7(5)

January 25, 2023
Date

Erek L. Barron
United States Attorney

PAUL CUNNINGHAM
Digitally signed by PAUL CUNNINGHAM
Date: 2023.01.25 13:22:42 -05'00'